**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

PHILLIP J WILKERSON                                     Case No. 24-10596JCM
SHIRLEY R WILKERSON

             Debtor(s)
RONDA J. WINNECOUR,                                     Chapter 13
Standing Chapter 13 Trustee,

            Movant                           Document No __
    vs.

SERVBANK NA

            Respondents

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has returned a check from the Trustee.  No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

PER A NOTATION ON THE REMITTANCE CREDITOR
INDICATED THE DEBT WAS SERVICE RELEASE, HOWEVER,
THE NEW PAYEE WAS NOT NAMED.  NO PROOF OF
ASSIGNMENT HAS BEEN FILED.

**Parties are advised that funds placed on reserve may be treated as general plan funding and redistributed pursuant to the terms of the confirmed plan.**

SERVBANK NA                                     Court claim# 2/Trustee CID# 38
ATTN CASHIERING
3138 E ELLWOOD ST
PHOENIX, AZ 85034

The Movant further certifies that on 05/11/2026 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

DEBTOR(S):
PHILLIP J WILKERSON, SHIRLEY R
WILKERSON, 5 REDWOOD DRIVE,
GREENVILLE, PA  16125

DEBTOR'S COUNSEL:
DANIEL P FOSTER ESQ**, FOSTER LAW
OFFICES, 1210 PARK AVE, MEADVILLE, PA
16335

ORIGINAL CREDITOR'S COUNSEL:
BONIAL & ASSOCIATES PC, PO BOX 9013,
ADDISON, TX  75001

ORIGINAL CREDITOR:
SERVBANK NA, ATTN CASHIERING, 3138
E ELLWOOD ST, PHOENIX, AZ  85034

NEW CREDITOR: